**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

IN RE GODWIN CHUKWUMA ANYANWU

Case No. 2:26-cv-03019-APG-BNW

**ORDER**

Plaintiff submitted initiating documents to this Court but did not pay the filing fee for this case or file an application to proceed *in forma pauperis*. ECF No. 1.

If Plaintiff is unable to pay the filing fee in this case, Plaintiff must complete an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) and Local Special Rule (“LSR”) 1-1. If Plaintiff can pay the filing fee, they must do so.

IT IS ORDERED that the Clerk of the Court send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document titled “Information and Instructions for Filing an *In Forma Pauperis* Application.”

IT IS FURTHER ORDERED that by October 22, 2026, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the full $405 fee for a civil action, which includes the $350 filing fee and the $55 administrative fee. Plaintiff is advised that failure to comply with this order will result in a recommendation that this case be dismissed. *See* Local Rule IA 11-8.

DATED: September 22, 2026

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE